```
1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    ALBERT J. BORO, JR. (CA Bar # 126657)
2   albert.boro@pillsburylaw.com
    JOANNE H. KIM (CA Bar # 221525)
3   joanne.kim@pillsburylaw.com
    50 Fremont Street
4   San Francisco, CA 94105
    Telephone: (415) 983-1000
5   Facsimile: (415) 983-1200

6   Attorneys for Defendant
    SHARP ELECTRONICS CORPORATION
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Will Henderson, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>LG Phillips LCD Co., Ltd, et al.,<br><br>                Defendants. | No. C-06-7609 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

1   WHEREAS there are motions pending before the Judicial Panel on Multidistrict
2   Litigation to transfer the LCD Cases to the Northern District of California or the District of
3   New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §
4   1407;
5   WHEREAS plaintiff anticipates the possibility of Consolidated Amended
6   Complaints in the LCD Cases;
7   WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have
8   agreed that an orderly schedule for any response to the pleadings in the LCD Cases would
9   be more efficient for the parties and for the Court;
10   WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint
11   shall be extended until the earlier of the following two dates: (1) forty-five days after the
12   filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
13   plaintiff provides written notice to SEC that he does not intend to file a Consolidated
14   Amended Complaint, provided that such notice may be given only after the initial case
15   management conference in the MDL transferee court in this case;
16   WHEREAS plaintiff further agrees that this extension is available, without further
17   stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing
18   of their intention to join this extension;
19   WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant
20   of any defense, including but not limited to the defenses of lack of personal or subject
21   matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
22   venue.
23   PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY
24   AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
25   STIPULATE AS FOLLOWS:
26   1.   The deadline for the SEC to respond to the Complaint shall be extended until
27   the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated
28   Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides

1   written notice that he does not intend to file a Consolidated Amended Complaint, provided
2   that such notice may be given only after the initial case management conference in the
3   MDL transferee court in this case.
4       2.   This extension is available, without further stipulation with counsel for
5   plaintiff or further order of the Court, to all named defendants who notify plaintiff in
6   writing of their intention to join this extension.
7       IT IS SO STIPULATED.
8
9   Dated: January 8, 2007                           Dated: January 8, 2007
10  Signature: /s/ Christopher L. Lebsock            Signature: /s/ Albert J. Boro, Jr.
11  Michael P. Lehmann                               Albert J. Boro, Jr.
    Thomas P. Dove                                   Joanne H. Kim
12  Christopher L. Lebsock                           Pillsbury Winthrop Shaw Pittman LLP
    Jon T. King                                      50 Fremont Street
13  Furth Lehmann & Grant LLP                        San Francisco, California 94105
    225 Bush Street, 15th Floor
14  San Francisco, CA 94104-4249                     Counsel for Defendant Sharp Electronics
                                                     Corporation
15  Francis O. Scarpulla
    Craig C. Corbitt
16  Zelle Hofmann Voelbel Mason & Gette LLP
    44 Montgomery Street, Suite 3400
17  San Francisco, CA 94104
18  Counsel for Plaintiff Will Henderson
19
20  SO ORDERED:
21
    Dated:                                           _____
22                                                   United States District Judge
23
24
25
26
27
28